Hon. ASAHEL PECK,
Hon. HOMER E. ROYCE, } Assistant Judges.
Hon. JONATHAN ROSS,

---

## OBED HALL v. RUSSELL NILES, APPELLANT.

*Justice of the Peace. Jurisdiction. Division Fence. Appeal.*

A justice of the peace has jurisdiction of an action on the case brought by a land owner against an adjoining proprietor, under § 6, ch. 102 of the Gen. Stats., to recover damages to the amount of $200, for neglecting to build, or keep in repair, his proportion of the division fence.

The act of 1867, (No. 9, p. 16,) gives a justice of the peace jurisdiction in this class of cases to the amount of $200, irrespective of the question whether the title to land may be involved or not; and an appeal is given in all such cases whatever may be the amount of the recovery.

ACTION ON THE case under § 6, ch. 102 of the General Statutes, to recover of the defendant damages for neglecting to build, and keep in repair, a certain division fence, between his land and the

adjoining land of the plaintiff. *Ad damnum* in the writ $200. The action was commenced before a justice of the peace, and came to the county court by appeal. The defendant moved to dismiss the suit, for the reason that the justice had no jurisdiction of the same, and the county court, December term, 1871, dismissed it. Exceptions by the plaintiff.

*Preston & Brown*, for the plaintiff.

*T. Sibley*, for the defendant.

The opinion of the court was delivered by

PIERPOINT, Ch. J.   By § 6, ch. 102 of the General Statutes, it is provided that "when one of the owners of adjoining lands, or others occupying, who does not choose to let his lands lie vacant and common, shall neglect to build, or keep in repair his equal proportion of any fence on the dividing line of such lands, such person shall be liable for all damages done, or suffered, by the opposite party in consequence of such neglect."

This section also provides that the person so sustaining damage may, after ten day's notice, make or repair such fence, and then recover the value of such fence or repairs, together with such damage.

It is under the first clause of this section that the present action is brought before a justice of the peace, claiming damages to the amount of two hundred dollars.

A motion to dismiss is made on the ground that the nature of the action necessarily involves the title to land, and that by statute, a justice of the peace has no jurisdiction where the title to land is concerned, except in actions of trespass on the freehold, and then only to the amount of twenty dollars.

But by an act of the legislature passed in 1867, see General Statutes, (appendix,) 942, it is provided, that suits arising under § 6, ch. 102, may be brought before a justice of the peace where the amount claimed does not exceed two hundred dollars.

This act we regard as conclusive ; it gives the justice jurisdiction in this class of cases to the amount of two hundred

dollars, without exception or qualification, irrespective of the question whether the title to land may be involved or not, and this we think was the intent of the legislature, as made manifest by the fact that an appeal is given in all cases, whatever may be the amount of the recovery, so that in no case can the determination of the justice be final, if either party chooses to appeal therefrom.

The facts alleged in the declaration bring the case clearly within the provisions of the first clause of § 6, above referred to, and that we think is all that is required to enable the party to maintain the action and give the justice jurisdiction.

The judgment of the county court is reversed, and the case remanded.